UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEIDI DREW MILLER,

                Plaintiff,                  22 **CIVIL** 2527 (SDA)

    -against-                            **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated July 6, 2023, Plaintiff's motion for judgment on the pleadings (ECF No. 17) is DENIED and the Commissioner's cross-motion (ECF No. 21) is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        July 6, 2023

                                              **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                        **BY:**

                                                    **Deputy Clerk**